IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KEITH CAMPBELL, | § | |
| | § | |
| Defendant Below, | § | No. 7, 2024 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1411008699 (N) |
| | § | |
| Appellee. | § | |

Submitted:   February 27, 2024
Decided:      March 6, 2024

## ORDER

(1)    The appellant filed this appeal from a Superior Court order denying a motion for sentence correction.  The Senior Court Clerk sent the appellant a letter directing him to pay the filing fee or to file a motion and affidavit to proceed *in forma pauperis* by January 23, 2024.  On January 25, 2024, the Chief Deputy Clerk sent another letter directing the appellant to either file a motion and affidavit to proceed *in forma pauperis* or pay the filing fee by February 8, 2024, or a notice to show cause would issue.

(2)    On February 13, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why the Court should not dismiss the appeal for the appellant's failure to diligently prosecute the appeal by either paying the Supreme Court filing fee or filing a motion to proceed *in forma*

*pauperis*.  The notice to show cause directed the appellant to respond within ten days and advised that if the appellant did not respond, dismissal of the appeal would be deemed to be unopposed.  On February 26, 2024, the Court received the certified-mail receipt indicating that the notice had been delivered on February 15, 2024.

(3)    The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

2